# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

JOHN U. WIESENDANGER

v.                                          Case No.: 1:17–cv–00286–CHS

MID AMERICA MORTGAGE, INC.

### NOTICE OF SCHEDULING CONFERENCE

    The parties have consented that all proceedings in this case may be conducted by United States Magistrate Judge Christopher H. Steger in accordance with 28 U.S.C. § 636(c). In accordance with Fed. R. Civ. P. 16(b), a scheduling conference will be held **before United Stated Magistrate Judge Christopher H Steger on Tuesday, June 5,2018, at 02:00 PM [EASTERN], Courtroom 1B – Chattanooga, U.S. District Court, 900 Georgia Avenue, Chattanooga, Tennessee.** *If counsel have an unavoidable conflict with this date and time, counsel may call Katharine Gardner at 423–386–3532 to reschedule.*

    Attention is invited to Fed. R. Civ. P. 26(f) requiring a discovery planning meeting and Fed. R. Civ. P. 26(a)(1) requiring certain initial disclosures. The parties are encouraged to comply with these rules prior to attending this scheduling conference. If the parties are unable to so comply, the Court will order compliance at a time and place to be set forth in a scheduling order.

    The purposes of this conference will be to discuss the possibility of settlement, and to set a schedule for the expeditious management of the case. **All attorneys who are to be actively involved in this case are expected to be present in person or by telephone (if prior arrangements are made for participation by telephone).**

Date: June 5, 2018

                                                                    CHRISTOPHER H. STEGER
                                                                    U.S. MAGISTRATE JUDGE

                                                                    By: <u>KMG</u>