IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| JOHN U. WIESENDANGER and LINDA H. WIESENDANGER,<br><br>Plaintiffs,<br><br>v.<br><br>MIDAMERICA MORTGAGE, INC.,<br><br>Defendant. | Case No. 1:17-cv-286-JRG-CHS |

## NOTICE OF SCHEDULED MEDIATION

COME NOW, Mid America Mortgage, Inc., and hereby notifies the Court that the Parties have confirmed a mediation date of October 24, 2018, with Sam D. Elliott of Gearhiser, Peters, Elliott & Cannon, PLLC. Currently pending before the Court is the Parties' Joint Motion to Extend the Mediation Deadline to October 26, 2018. [Doc. 34]. The Motion to Extend the Mediation Deadline is scheduled for a hearing on October 4, 2018, at 2:00 p.m.

Respectfully submitted, this 1st day of October, 2018.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (BPR # 31643)
> **RUBIN LUBLIN TN, PLLC**
> 3145 Avalon Ridge Place, Suite 100
> Peachtree Corners, Georgia 30071
> (678) 281-2730 (Telephone)
> (404) 921-9016 (Facsimile)
> bchaness@rubinlublin.com
>
> *Attorney for Mid America Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 1st day of October, 2018, filed the within the foregoing by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)