UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JOHN U. WIESENDANGER and <br> LINDA H. WIESENDANGER, <br><br> v. <br><br> MIDAMERICA MORTGAGE, INC. <br> d/b/a LOANCARE | ) <br> ) <br> ) No. 1:17-cv-286 <br> ) <br> ) Judge Steger <br> ) <br> ) |

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' Joint Motion for Entry of Order of Dismissal [Doc. 43]. Based on the agreement of the Parties, the Motion is hereby **GRANTED**. The Court hereby **ORDERS** that the above-styled matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2). However, both the Plaintiffs and Defendant are granted leave to move to set aside this dismissal within 180 days of entry of this Order upon a showing that the settlement agreement between the Parties was not consummated. Upon such showing, this Order shall be set aside and the case reinstated. If no such motion is filed within 180 days, this dismissal may only be set aside under a proper showing under Fed. R. Civ. P. 60.

**SO ORDERED**.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE